# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lisa Ann Martinez;**<br>DOB: 1975; U.S. Citizen<br>*MORE DEFENDANTS LISTED ON REVERSE* | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**12-12317M** |

FILED ___ LODGED ___
RECEIVED ___ COPY
APR -2 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about March 30, 2012, at or near 2115 E. Valencia Rd, Tucson, Arizona, in the District of Arizona, **Lisa Ann Martinez; Ruben Metzler Martinez; Carlos Alberto Miranda; Joseph Ryan Echevarria; Marcos Cruz; Alejandro Carlon Mendoza,** did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 465 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Beginning in October of 2010 and continuing to February of 2012 members of the Martinez family, primarily Raul Martinez, David Martinez and Leonel Martinez, approached a Confidential Human Source (hereinafter CHS-1) and inquired if CHS-1 knew about the location of narcotic stash houses. Members of the Martinez family were known to CHS-1 to operate a narcotics theft crew that stole narcotics from other drug trafficking organizations and distributed the stolen narcotics. CHS-1 is a reliable source much of whose reporting has been corroborated since October of 2010. Since October 2010 the FBI has been conducting an ongoing investigation using CHS-1, including recorded interviews with members of the organization which indicated they are involved in operating a narcotics theft crew. CHS-1 has conducted over 40 consensual recordings with this organization which reflected their members involvement in this criminal activity. On 02/20/2012 David Martinez and Lisa Martinez visited CHS-1 and told CHS-1 they are ready to conduct a job, a reference to stealing narcotics. David Martinez asked CHS-1 if it was possible for the next job if CHS-1 could call David Martinez with the location of the storage site which would enable David Martinez to respond to the location quick. David Martinez told CHS-1 his wife, Lisa Martinez, would accompany him and he would use perhaps one other person on the street, a reference to counter law enforcement surveillance. This conversation was recorded.

**Continued on Reverse ...**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Schmit /SM for GMS | SIGNATURE OF COMPLAINANT<br>Scott D. _____<br>OFFICIAL TITLE   Special Agent, |
|---|---|
| Sworn to before me and subscribed in my presence<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

cc- NONE

United States of America

v.

**Ruben Metzler Martinez;**

(DOB: 1977)

**Carlos Alberto Miranda;**

(DOB: 1982)

**Joseph Ryan Echevarria;**

(DOB: 1980)

**Marcos Cruz;**

(DOB: 1981)

**Alejandro Carlon Mendoza;**

(DOB: 1977)

**David Martinez;**

(DOB: 1973)

On 03/07/2012 David Martinez spoke with CHS-1 and told CHS-1 he was "dying" to do a job, a reference to conducting a narcotics theft. This conversation was recorded.

On 03/25/2012 CHS-1 explained to David Martinez a tractor/trailer with narcotics would be transported from Rio Rico, Arizona, to Tucson, Arizona, hidden behind a load of vegetables. David Martinez and others would have to cut the lock on the trailer to gain access to the trailer. David Martinez indicated he understood and he referenced a prior instance of cutting a lock in which he used an electric cutting wheel powered by a gas powered generator. This conversation was recorded.

The CHS-1 and Lisa Martinez socialized on 03/27/2012. During the conversation Lisa Martinez identified her husband David Martinez as a person who conducted narcotic thefts. That same day Lisa Martinez expressed concern to CHS-1 about the amount of time the narcotics theft crew would have, to steal the narcotics after the group was notified of the location. Lisa Martinez conveyed to CHS-1 to give her every minute of time possible to conduct the theft. This conversation was recorded.

On 03/29/2012 Lisa Martinez told CHS-1 that David Martinez had two people from out of town who wanted to buy the load of narcotics David Martinez was going to steal from a tractor/trailer parked nearby the CHS-1. This conversation was recorded.

On 03/30/2012 the FBI conducted an operation, in which the Martinez rip crew attempted to steal narcotics from a tractor/trailer parked by CHS-1 at 2115 E. Valencia Road, Tucson, Arizona. The trailer contained 20 bales of marijuana with a weight of 1,024 pounds. At 10:50 a.m. CHS-1 texted Lisa Martinez "Happyness," a pre-arranged signal that CHS-1 made it through the Border Patrol checkpoint on Interstate 19. CHS-1 received a return text from Lisa Martinez that read "Yessss u badas bitch." At 11:59 a.m. CHS-1 texted Lisa Martinez and requested her to call. At 12:00 p.m. Lisa Martinez called CHS-1 and was given the location of the tractor/trailer and told the Martinez group would have until about 1:30 p.m. to break into the trailer and steal the narcotics. This conversation was recorded.

At about 1:00 p.m. on 3/30/2012 seven individuals arrived at the Valencia Business Park, 2115 E. Valencia Road, Tucson, Arizona, in three vehicles, including a rented U-Haul box truck. After the lock that secured the trailer door was cut and one marijuana bale was placed in the back seat of one vehicle and one marijuana bale was placed in the trunk of another, the individuals were detained. A total of five individuals were arrested at the scene. Those five were **Alejandro Carlon Mendoza, Marcos Cruz, Joseph Ryan Echevarria, Carlos Alberto Miranda** and **Ruben Metzler Martinez**. Alejandro Carlon Mendoza was driving the U-Haul box truck. When he attempted to flee the scene he rammed the U-Haul box truck into a marked Tucson Police Department patrol car. Two individuals, Cesar Carpio Othon and Mark Anthony Garcia, were not arrested due to a vehicle accident following their attempts to flee the scene at a high rate of speed that resulted in injury and required medical attention for them. Cesar Carpio Othon was turned over to local authorities because of an outstanding warrant following medical attention. Mark Anthony Garcia was not arrested at this time.

Lisa Martinez was located a short time later at a McDonald's in Tucson, Arizona, and arrested. David Martinez remains at large.